Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JOSE CONTRERAS<br>Defendant. | CASE NO.: 2:15-cr-0142-RFB |

**DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW SENTENCING MEMORANDUM AND FILE AMENDED SENTENCING MEMORANDUM**

COMES NOW Defendant, JOSE CONTRERAS, by and through his attorney of record, Maysoun Fletcher, Esq., with The Fletcher Firm, P.C., and hereby submits this Defendant's Unopposed Motion to Withdraw Sentencing Memorandum and File Amended Sentencing Memorandum and Proposed Order.

Dated this 21st day of January, 2016.

By: _____
Maysoun Fletcher, Esq.
Bar Number 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
(702) 835-1542
Attorney for Defendant

## STATEMENT OF FACTS

On January 4, 2016, Defendant filed his Sentencing Memorandum (Document 63). The Defendant and Government have agreed to allow Defendant to withdraw his Sentencing Memorandum and file an Amended Sentencing Memorandum.

Dated this 21st day of January, 2016.

By: /s/
Maysoun Fletcher, Esq.
Bar Number 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
(702) 835-1542
Attorney for Defendant

Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOSE CONTRERAS<br>Defendant. | CASE NO.: 2:15-cr-0142-RFB<br><br>**ORDER** |

IT IS HEREBY ORDERED that Defendant's Sentencing Memorandum (Document 63) is hereby withdrawn and Defendant may file an Amended Sentencing Memorandum.

Dated this 22nd day of January, 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of The Fletcher Firm, P.C., and on this 21st day of January, 2016, I did serve a true and correct copy of the foregoing DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW SENTENCING MEMORANDUM AND FILE AMENDED SENTENCING MEMORANDUM by U.S. District Court CM/EMF Electronic Filing to:

Daniel G. Bogden
United State Attorney
Susan Cushman
Assistant United States Attorney
330 Las Vegas Boulevard South
5th Floor
Las Vegas, Nevada 89101

and

All other parties and counsel included in the CM/EMF filing list.

_____
An Employee of The Fletcher Firm, PC

4